# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EHTRAM U. MIRZA, | Case No. 8:12-cv-01832-AG (ANx) |
| Plaintiff, | |
| vs. | **ORDER GRANTING DISMISSAL WITH PREJUDICE** |
| ASSET ACCEPTANCE CAPITAL CORP. d.b.a. ASSET ACCEPTANCE, LLC and DOES 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, that the above-entitled action is dismissed with prejudice.

Dated: July 30, 2013        By: _____
                                                      Hon. Andrew J. Guilford
                                                      JUDGE OF THE DISTRICT COURT